Bruce A. Smiley
TDOC# 378381
Bledsoe County
Correctional Complex
1045 Horsehead Road
Pikeville, Tennessee 37367

RECEIVED
in Clerk's Office
MAR 20 2019
U.S. District Court
Middle District of TN

March 15, 2019

Office of the Clerk
United States District Court
Middle District of Tennessee
801 Broadway
Nashville, Tennessee 37203

Re: Ricky Harris, et al., v. State of Tennessee, et al., No. 3:19-cv-00174/filing fee/plaintiff Bruce A. Smiley.

Clerk of Court,

Pleas note that I have initiated the process to expedite payment of my portion of the filing fee in the above captioned case, in the amount of $25.00 per order of this Court filed on March 8, 2019. As this payment is being paid from my inmate trust account, it could, in all likelihood take up to thirty (30) days for your office to receive payment.

Thank you for your assistance in this matter.

Very Truly Yours,

Bruce A. Smiley

xc:file

Bruce A. Smiley
TDOC# 378381
Bledsoe County
Correctional Complex
1045 Horsehead Road
Pikeville, Tennessee 37367

LEGAL MAIL

Office of the Clerk
United States District Court
Middle District of Tennessee
801 Broadway
Nashville, Tennessee 37203

CHATTANOOGA TN 374
18 MAR 2019 PM

RECEIVED
in Clerk's Office
MAR 20 2019
U.S. District Court
Middle District of TN

LEGAL MAIL

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED AND IS NOT
NOR CENSORED

RECEIVED
MAR 1 8 2019
BCCX MAILROOM
OUTGOING

RECEIVED
MAR 1 8 2019
BCCX MAILROOM
INCOMING