# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

RICKY HARRIS, et al.,                )
                                     )
    Plaintiff(s),              )
                                     )
v.                                   )    Case No. 3:19-cv-00174
                                     )    Judge Richardson/Frensley
                                     )
STATE OF TENNESSEE, et al.,          )
                                     )
    Defendant(s)               )

## O R D E R

A Case Management Conference is set for **March 18, 2024, at 9:00 a.m**. via telephone.

The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access

code, enter **7039387#** to participate in the Conference.  If a party has difficulty connecting to the

call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge