# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **RICKY HARRIS, et al.,** ) | |
| ) | Case No. 3:19-cv-00174 |
| Plaintiffs(s), ) | |
| v. ) | **District Court Judge Richardson** |
| ) | **Magistrate Judge Frensley** |
| ) | |
| **STATE OF TENNESSEE, et al.** ) | |
| ) | **JURY DEMAND** |
| Defendant(s). ) | |

## MOTION TO WITHDRAW ATTORNEY TRICIA HERZFELD AS COUNSEL FOR PLAINTIFF

Undersigned counsel respectfully moves this Court to permit her to withdraw as counsel in the above-captioned matter. As set forth below, there is good cause for this Motion:

1. This Court appointed Tricia Herzfeld to serve as counsel for Ricky Harris on December 4, 2023. (D.E. 154).

2. The Court ordered counsel to "determine the appropriateness of the pro se Plaintiff's motions" and "may determine to refile the motions if appropriate." (D.E. 153).

3. Ms. Herzfeld is unable to comply with the Court's directives.

4. Over a zoom teleconference, Ms. Herzfeld told Mr. Harris that the Tennessee Rules of Professional Conduct require her to request withdrawal. These communications were memorialized in a letter sent to Mr. Harris on April 17, 2024 (Exhibit A).

5. Mr. Harris wishes to pursue this matter and requests that the Court appoint him new counsel.

Plaintiff's counsel respectfully requests that she be permitted to withdraw as counsel in this matter.

Dated: May 2, 2024

Respectfully submitted,

*s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (BPR #26014)
HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN, 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2024, a true and correct copy of the foregoing document was served upon the following:

<u>Via Email</u>
JONATHAN SKRMETTI
Attorney General and Reporter

John R. Glover
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-1103
John.glover@ag.tn.gov

*Attorney for Candice Whisman*

<u>Via US Mail</u>
Ricky Harris #121445
Bledsoe County Correctional Complex
1450 Horsehead Lane
Pikeville, TN 37367-7432

/s/ Tricia Herzfeld
Tricia Herzfeld