

Tricia R. Herzfeld
223 Rosa L. Parks Ave., Ste.
300 Nashville, TN 37203
Tel: (615) 800-6225
tricia@hsglawgroup.com

April 17, 2024

***Legal Mail*** ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

<u>Via US Mail</u>
Ricky Harris #121445
Bledsoe Co. Correctional Complex
1450 Horsehead Lane
Pikeville, TN 37367-7432

      RE: *Harris et al. vs. State of Tennessee et al.*
            Case No. 3:19-cv-00174

Dear Mr. Harris,



I write to memorialize our last few conversations where I expressed ▮▮▮▮ ▮▮▮▮▮▮▮ filed in federal court.

Nashville, TN · Louisville, KY · Cincinnati, OH · Washington, D.C.

hsglawgroup.com



on our April 15 teleconference and you said that you would like to proceed with your case. I told you that I would inform the court that I have enjoyed getting to know you, but the Rules of Professional Conduct require me to withdraw. I will report this to the court during the next status conference -- which is on April 22, 2024.

    It has been my pleasure to represent you. I wish it would have worked out differently. As we discussed, I have included printed copies of the cases and statutes I had saved. I wish you the best of luck in pursuit of your release.

Sincerely,

*Tricia R Herzfeld*

Tricia R. Herzfeld