RECEIVED
JUL 12 2024
US DISTRICT COURT
MID DIST TENN

Ricky Harris
TDOC ID Number 00121445
1450 Horsehead Lane
Pikeville, TN 37367-7432

July 5, 2024

Ms. Lynda M. Hill
Clerk of Court
U.S. District Court
U.S. Courthouse
719 Church Street, Suite 1300
Nashville, TN 37203

RE: *Harris et al. vs. State of Tennessee et al.*
    Case No. 3:19-cv-00174

Dear Ms. Hill:

Please find enclosed a Response in Opposition to Defendant's Motion for Extension of Time to Answer RE 164 Amended Complaint and to Hold Pending Motions in Abeyance and accompanying exhibit, in which I need to file in the above referenced case.

Assistant Attorney General, Adam Nicholas Tune filed a Motion for Extension of Time to Answer RE 164 Amended Complaint and to Hold Pending Motions in Abeyance, Docket Number 172 on June 28, 2024. He did not send me a copy of this Motion. Would you please send me a copy of the Motion along with the Court's Order granting the Motion?

Also, please send me a copy of the Docket in this case. I have no idea as to what documents have been filed, because I have had two previous attorneys.

Thank you so very much for your attention and assistance in this matter.

Sincerely,

*Ricky Harris*

Ricky Harris

Enclosures

Ricky Harris, 00121445
1045 Horsehead Lane
Pikeville, TN 37367-7432

CHATTANOOGA TN 373
9 JUL 2024 PM 1 L

RECEIVED
JUL 12 2024
US DISTRICT COURT
MID DIST TENN

MS LYNDA HILL
CLERK OF COURT
US DISTRICT COURT
719 CHURCH ST STE 1300
NASHVILLE TN 37203

