IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED

JAN 14 2025

US DISTRICT COURT
MID DIST TENN

| | | |
|---|---|---|
| RICKY HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:19-cv-00174 ᴄᴴ |
| vs. | ) | No. 3:18-cv-00174 |
| | ) | |
| CANDICE WHISMAN, in her official | ) | JUDGE RICHARDSON |
| Capacity as Director of Sentence | ) | JURY DEMAND |
| Management Services for the TENNESSEE | ) | CLASS ACTION |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RULE 11 SANCTIONS

COMES now, Petitioner, Pro se, and respectfully submits this Motion for Rule 11 Sanctions before this Court.

1.     Defendant's attorney, Adam Tune Assistant Attorney General, filed a response to Plaintiff's Objection to Report and Recommendation on December 17, 2024.

2.     As of this date, Mr. Tune has once again failed to serve a copy of the response as required by Fed. R. Civ. P., Rule 5(a)(1)(B).

3.     This is the second time Plaintiff has notified this Court of Mr. Tune's deliberate violation of Rule 5. See Docket Number 176, where Mr. Tune failed to serve a copy Defendant's Motion for Extension of Time to Answer RE 164 Amended Complaint and to Hold Pending Motions in Abeyance on Plaintiff.

4.

1

5.     Mr. Tune deliberately violates Rule 5 in order to gain tactical advantage over Plaintiff who is incarcerated.

WHEREFORE, Plaintiff respectfully moves this Court, pursuant Fed. R. Civ. P. Rule 11, for this Court to impose sanctions against Adam Tune, Assistant Attorney General for his continued violation of Fed. R. Civ. P, Rule 5(a)(1)(B).

Date: January 7, 2025.

_Ricky Harris_
Ricky Harris
TDOC ID Number 00121445
1045 Horsehead Lane
Pikeville, TN 37367

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing has been filed by placing it in the BCCX institutional mailbox, U.S. mail, postage prepaid to:

> Donna L. Green and
> Adam Nicholas Tune
> Assistant Attorney Generals
> PO Box 20207
> Nashville, TN 37202

on this the 7th day of January, 2025.

_Ricky Harris_
Ricky Harris

2

Ricky Harris, 00121445
1045 Horsehead Lane
Pikeville, TN 37367-7432

RECEIVED
JAN 14 2025
US DISTRICT COURT
MID DIST TENN

CHATTANOOGA TN 573
6 JAN 2025 PM 1 L



MS LYNDA HILL
CLERK OF COURT
US DISTRICT COURT
719 CHURCH ST STE 1300
NASHVILLE TN 37203

I,IIl,I,,I,I,II,,,,Il,I,I,I



Received
JAN 07 2025
BCCX Mailroom
BCCX Outgoing

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS